# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2026 KW 0226

VERSUS

DAVID JOSEPH MARTIN, III

**APRIL 20, 2026**

---

In Re:    David Joseph Martin, III, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, Nos. 834514, 834515, 835176.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

    **WRIT DENIED ON THE SHOWING MADE.** This court issued an action on relator's prior writ application. See **State v. Martin**, 2025-1066 (La. App. 1st Cir. 1/9/26), 2026 WL 127692 (unpublished). Accordingly, relator may not supplement the prior writ application and/or this writ application. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. The party seeking relief is responsible for filing and attaching all documents and exhibits in connection with an application for writs. See Uniform Rules of Louisiana Courts of Appeal, Rule 4-5. Relator failed to include a copy of the guilty plea and sentencing transcript. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date, and the application shall be filed on or before June 22, 2026. Any future submission seeking review of the ruling on the application for postconviction relief must contain all the items that should be included in a writ application, as set forth in Rule 4-5(C). Additionally, the writ must include the entire contents of this writ application, the missing items noted above, and a copy of this ruling.

                **WIL**
                **EW**
                **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT